FILED

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

2019 JUL -3  PM 2:43

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

Cause No.: **A19CV0679  LY**

| | | |
|---|---|---|
| STEVEN RAY GRYMES,<br>   Petitioner-Plaintiff, | ) <br> ) <br> ) | In a removal from the 395th Judicial<br>District Court of Williamson County, TX<br>State case number:  16-0822-F395 |
| v. | ) <br> ) | *("In The Interest of H.F.G., A Child")*<br>Judges D.Baardsen/T.Arrington, presiding |
| STATE OF TEXAS, W. KENNETH<br>PAXTON JR., NATAUSHA DANETE<br>GRYMES, CANDACE MCCUE, DAWN E.<br>BAARDSEN, TAMERA S. ARRINGTON,<br>and COUNTY OF WILLIAMSON Texas,<br>   Respondents-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | FORMAL DEMAND FOR JURY TRIAL<br><br>CONSTITUTIONAL CHALLENGES<br><br>INJUNCTIVE RELIEF REQUESTED |

## Notice of Petition; and, Verified Petition for Warrant of Removal with Criminal Complaint upon Human Trafficking; Claim for Civil Damages

Comes now Petitioner-Plaintiff, Steven Ray Grymes, removing the above state court case into

the jurisdiction of this United States District Court, and by formal facial challenges raised against

unconstitutional state statutes upon the various federal questions involved, does therefore verify,

allege, state and provide the following, further complaining for damages and other relief ordered

against Respondents-Defendants, together with formal demand for criminal prosecutions, and the

undersigned comes also as Victim of crime and therefore due additional considerations under the

law, swearing out this true criminal complaint against racketeering (RICO) Defendants including

four (4) individuals, W. KENNETH PAXTON JR. of Austin, Texas, CANDACE MCCUE of

Pflugerville, Texas, also DAWN E. BAARDSEN of Georgetown, Texas, and TAMERA S.

ARRINGTON of Georgetown, Texas, along with Defendant governmental units State of Texas

and County of Williamson, Texas, noting that additional defendants may be formally included

soon, by alleging, stating, providing and swearing under penalty of perjury the following, thusly:

## SUMMARY OVERVIEW OF CASE, WITH ONE-TIME SAFE HARBOR WARNING

The governmental Defendants are all now and hereby charged with knowingly maintaining a massive, perpetual statewide human trafficking racketeering enterprise, via their wanton, daily defrauding of numerous adult U.S. citizens from their well-established, most basic fundamental rights, i.e., wholly unconstitutional pre-deprivations of protected fundamental rights without ever once performing *any* required due process *whatsoever*, in order to *not only* falsely line the pockets of many attorneys who therefore flagrantly commit felony Barratry as their daily routine of willfully joining said evil conspiracies *against even their own clients*, but to *also* defraud and steal from the United States **every day** via willful false claims, in aggregate amounts very well exceeding the $20M USD threshold used for various penal enhancements under federal law.

Defendant Natausha is charged for her general criminal conspiracy with the other Defendants and/or their various agents within this particular state case example of the common criminality evidenced in all such similar Texas cases to intentionally violate the same fundamental rights, and the same willful criminality of Defendants in this instant case gives me legal standing with which to raise and bring the formal facial ("constitutional") challenges against repugnant state statutes that automatically violate every such litigant's fundamental rights at their very inception.

The Court shall actually and fully address each of the separately raised formal constitutional challenges, *see* the pair of Notice of Constitutional Questions (Texas, Federal) filed herewith, but the actual officers of the Court – the judicial officers themselves, the whichever (properly, not disqualified) assigned judge with or without magistrate – are not allowed to "decide" jurisdiction in this matter, but the same determination rests *solely upon the fact-finding process*, of which the right to Trial by Jury has been duly claimed herewith, to determine the veracity of the claims that federal rights are being automatically violated by the very invocation of such challenged statutes,

2

i.e., *see* the <u>Formal Request for Judicial Notice</u> that accompanies this Complaint, in this Section 1443 removal that \*must\* include formal facial challenges to one (1) or more state statutes, the Supreme Court has consistently and uniformly agreed with the Solicitor General and even the opposing parties in *all three* such "seminal" Section 1443 cases that federal jurisdiction can <u>only</u> be determined by resolving the question of federal rights violations via bona-fide fact-finding process, complete with discovery process, and so forth and so on.  In *this* case, all fact-finding is reserved *solely to the Jury*, hence determination of jurisdiction *can only be decided by the Jury*.

### One-Time Safe Harbor Notice and Warning of Zero Tolerance Policy

*Make no mistake:*  We <u>are</u> here to criminally prosecute officers of the courts for their flagrant acts of direct treason they perpetrate daily everywhere against their oaths and the Constitution.

We would <u>not</u> be here, *except* for long and well-established criminality of the legal industry, widespread corruption of America's sacred courtrooms by the legal professionals themselves, and manifest abuses of power by judges and attorneys to routinely fleece the American citizenry of their wealth, their fundamental rights, and even of their flesh and blood – all done for profit.

We already well <u>know</u> that the expected oppositional lawyers (*pronounced* "law-liars") herein are corrupt, and we likewise well know – and are happy to provide plethora of documentation upon any mention to the contrary – that by and large the entire federal judiciary is just as corrupt, particularly with respect to the large percentages of federal judges *who used to be family court judges themselves* within all of the same treasonous "family courts" of the several Sister States.

For just one quick example of many, the ostensible "best" of all of the liberal-sided attorneys all across this entire nation, and the ostensible "best" of all of the conservative-sided attorneys all across this entire nation, including all parties and amici involved, not to mention some 65+ of the nation's federal judges, including *all of the SCOTUS justices during the entire past decade*, plus

every DOJ lawyer ever involved, multiple U.S. Attorneys General, each Attorney General of every State, every legal pundit on every broadcast television channel, and so on, are <u>ALL</u> so clearly and ridiculously <u>incompetent</u> that not a single, solitary one of all these "legal experts" understands that EVERY single so-called "ObamaCare" case that was ever filed was – and is – flatly <u>void for lack of proper parties</u>, because you can't sue *Executive Branch* units (HHS, IRS, Treasury, etc.) when challenging any alleged unconstitutionality of an Act of Congress, which is an action of the *Legislative Branch*…, but you <u>must</u> – and may <u>only</u> – sue the Senate and House *directly themselves*, exactly as federal statutes expressly remind (*see*, e.g., 2 USC § 288h(5)-(7)), and which same statutes also expressly forbid the DOJ from ever representing the United States within any such cases (*see*, e.g., 2 USC § 288k), as any person with an actual brain knows that, *here in the constitutional republic of America*, we have this little twin pair of Legal 101 Basics commonly known as: <u>*Three Distinct Branches of Government*</u>, and <u>*Separation of Powers*</u>….

Either each such court officer is willfully treasonous, or is clearly so *grossly* incompetent of even those most rudimentary basics and simplest foundations of American law, that clearly not a single such grossly unfit federal judge should – even remotely – remain on the bench any longer.

It is a very serious question, because when you actually have one-third (1/3) of all 600 sitting federal district judges, and one-half (1/2) of all 180 federal appellate judges, and (still to this day) have all nine (9) justices of the U.S. Supreme Court, who are now caught cold stone red-handed in either: (a) being knowingly in general treasonous conspiracy to defraud all of America, all American businesses, and every man, woman and child in America; or (b), being so utterly and grossly incompetent about the very foundational basics of the American system Rule of Law; either way, still guilty of foisting the entire tremendous fraud of ObamaCare upon the American people and their wealth… well… such a monumental catastrophe begs very serious questions…

Should *not* such a grossly incompetent "elitist ruling class" – nay, *fundamentally incompetent* to what is *supposed* to be their *own* respective area of *expertise*, i.e., being an "expert" on the law – be exposed for their shocking betrayal of all Americans, their wealth, their rights, and the law?

We <u>are</u> here to prosecute the officers of the instant state court case for their wanton crimes of greed and larceny against the human race, and with experience, we **expect** to see foolish officers of this Court get their panties caught up in a combine running on jet fuel, figuratively stated, and so we most certainly shall invoke full civil, criminal, and professional accountabilities, as well as actually tender the certified Article III impeachment complaint, upon *the very first hint* of any kind of fraud, any type of obstruction, any gender discrimination, any class discrimination, any form of racial discrimination and/or reverse discrimination, any denials of equal protection of the laws, any denials of equal access to the courts, any violations of rule and/or law, any refusals to actually comply with the express letter of laws and rules, fraudulently citing to case law which is not on point, fraudulently citing to case law as an ostensible excuse to deny and/or violate any rights, rules and/or laws as above described, and/or any other form of misconduct, *whatsoever*.

"Officers" of this Court do not include *just* the instant judge, magistrate, and/or any attorneys, but *also* include the instant clerk and deputy clerks, and any such act of misconduct by any one officer will immediately induce full prosecution to commence against all officers herein, plus, any guilty law firm will be held fully liable for such knowingly unlawful acts of principals and/or underlings, pursuant to clear provisions of (ABA Model Prof. Cond. Rule 5.1) (State of Texas equivalent is Texas Disc. Rules of Prof. Cond. Rule 5.01), established common law aspects of vicarious liabilities per provisions of Restatement (Third) of the Law Governing Lawyers § 58, certain liabilities under *respondeat superior* per the various provisions of Restatement (Third) of Agency, plus failures to train, failures to supervise/monitor, failures to warn, gross breaches of

duty of care, gross breaches of fiduciary duties, gross derelictions of duties, criminal negligence, wanton misconduct, fraud, conspiracy, racketeering, treason, and so forth and so on, *ad nauseam*.

As a legal professional, you have been professionally warned:  Full 100% compliance, or else.

### Controlling Legal Parameters

THIS very *special* type of removal under Section 1443 is absolutely NOT at all like any of the "normal" kinds of removal that the Court might be used to seeing on occasion.  This is not only a much rarer-used removal type, but is mostly <u>opposite</u> and <u>mutually-exclusive</u> of the substantive and procedural respects within those "normal" types of removal under Section 1441 and its kin, hence, the first officer of this Court (whether directly employed, assigned, designated, admitted and/or appearing pro hac vice, whichever) attempting to cite to any Section *1441* case law, which is flatly irrelevant in regards to any Section *1443* removal action, in violations of his/her Rule 11 due diligence, will immediately induce full prosecution to commence against all officers herein.

Section 1443 removals are focused actions, and the direct gravamen and primal gist of every Section 1443 removal is – and must be, for validity – direct constitutional challenge(s) against one or more state statutes alleged to be constitutionally repugnant on their faces, as here, hence the formal such *Notice of Constitutional Questions* contemporaneously filed herewith has been included (repeating: as it must be, or else the entire removal is strictly invalid under Section 1443 procedural requirements), each of which said *Notice* automatically mandates the Court promptly issue out appropriate certified letters unto respective Attorneys General of said facial challenges, and any failure will immediately induce full prosecution to commence against all officers herein.

### CRIMINAL ALLEGATIONS (PROBABLE CAUSE) AGAINST ALL DEFENDANTS

Defendants are all hereby sued by this Victim Plaintiff under Chapter 98 of the Texas Civil Practice and Remedies Code, Sec. 98.001, et seq., <u>Liability for Trafficking of Persons</u>, as well as

also under Chapter 106 of the Texas Civil Practice and Remedies Code, Sec. 106.001, et seq., <u>Discrimination Because of Race, Religion, Color, Sex, or National Origin</u>, also under Chapter 7 of the Texas Civil Practice and Remedies Code, Sec. 7.001, et seq., <u>Refusal or Neglect in the Performance of Official Duties</u>, also under Chapter 12 of the Texas Civil Practice and Remedies Code, Sec. 12.001, et seq., <u>Liability Related to a Fraudulent Court Record or a Fraudulent Lien or Claim Filed Against Real or Personal Property</u>, and also under the directly related Sec. 51.903 of the Texas Government Code, <u>Action on Fraudulent Lien on Personal Property</u>, and are further sued under various other state and also federal authorities as each are raised accordingly below.

Because the staggering nature of crimes by the individual governmental Defendants includes, *inter alia*, charges for first degree felony racketeering under Texas Penal Code, Chapter 71, <u>Organized Crime</u>, and charges for first degree felony continuous trafficking of persons under Texas Penal Code, Chapter 20A, <u>Trafficking of Persons</u>, the *mandatory minimum* sentences are twenty-five (25) years to life in the state penitentiary on **either** of those, in addition to numerous second degree felonies, third degree felonies, and so forth – *literally* hundreds of years in prison for each of them are clearly detailed and documented by this Criminal Information instrument, and we fully expect both individual governmental Defendants be promptly suspended from their offices, arrested, with full amount of bail properly set and paid in full before any pre-trial release.

This criminal complaint recognizes that out of the general American residential population at large there also does exist a relatively fractional number of abnormally-distressed minor children residing under either the temporary and/or permanent care of foster parents, adoptive parents, grandparents, and guardianship or similar types of situations including even institutionalization used in the most highly distressed situations.  This criminal complaint is not concerned with any of those relatively fewer types of situations because they are all presumed to have "lawfully"

(constitutionally-compliant-validly) resulted only due to and after the State first proving one (1) or more very serious forms of parental unfitness (very serious child abuse and/or neglect) by the associated parent(s) within each such given case by *clear and convincing evidence* under full due process as is required by law, and then by first having terminated such parent-child relationship properly under constitutionally-compliant laws and procedures, the secondary act of placement of the minor child(ren) within each individual case necessarily must be done on a case-by-case basis consistent with the reasonable needs of said child(ren).  Such constitutional procedures for the termination of parental rights have been very well established for decades now, and are well ingrained into the daily working knowledges and experiences of every family law professional throughout America, including each and all of the family law judges, attorneys, and clerks of the Texas court system ("District" courts and "County" courts), as well as the entities they work for, i.e., Defendant State of Texas and Defendant County of Williamson are duly aware of the same and were duly aware of the same both prior to and during all relevant and material times herein.

The entire aforementioned paragraph fairly describes and encompasses Defendant State of Texas' *smaller* statewide "family court" world of child protective services ("DFPS") and those constitutionally required legal procedures, because that is **the only lawfully recognized form** of terminating the parent-child relationship rights within any case, which exact same fundamental rights already pre-exist within and by each and every given natural parent, i.e., *because* full and complete and superior custodial rights over a minor child are *already* vested exclusively in the natural parents, the State's burden in <u>all</u> such cases is to "terminate" those *pre-existing* rights of the natural parents, before the State may then - **and only then** - start dictating various life terms for the child(ren) in question, such as any support monies, where the child(ren) will live, go to school, visit any doctors, any counselors, or anything else.  The State has to "terminate" those

custodial rights *precisely because those rights already pre-exist* in the natural parents - including <u>both</u> of the natural parents if both still remain alive and both are still involved with the child(ren) in question, but if either natural parent has actually and affirmatively abandoned the children in question, then willful abandonment may be found by the given court against that parent under the same clear and convincing evidentiary standards as is used for any other serious abuse/neglect to terminate custody rights of the parent(s) in any other TPR ("termination of parental rights") case.

Title 5, Chapter 161 of the Texas Family Code, <u>Termination of the Parent-Child Relationship</u>, clearly confirms, by repeatedly clarifying in numerous expressly verbatim references throughout said Chapter, that the State is required to use the "clear and convincing" evidentiary standard and those due process procedures in suing to "terminate" the pre-existing parent-child relationship, and Sec. 161.206 expressly clarifies, *not only* that "ONLY" clear and convincing evidence may be used by the State in the given court to terminate a given parent's pre-existing parent-child relationship, but also that the State and given court must *separately* terminate each of the both parents' *separate* parent-child relationships (of course, that can only happen when DFPS has named both such parents in said TPR suit), to-wit: "the court may order termination of the parent-child relationship for the parent **only** if the court finds by **clear and convincing evidence** grounds for the termination of the parent-child relationship for **that** parent." (emphases added) <u>*Id*</u>.

Material Criminal Facts:

The undersigned Victim Plaintiff now realleges and incorporates all above paragraphs and statements, *supra*, by reference the same as if they had been fully set forth herein. (H.I.)

Prior to and during all materially relevant times herein, all Defendants absolutely knew that any random two (2) different U.S. citizens have equal rights under both federal and state laws.

Prior to and during all materially relevant times herein, all Defendants absolutely knew that any random two (2) different U.S. citizens have the same rights to equal protection of the laws.

Prior to and during all materially relevant times herein, all Defendants absolutely knew that when any court of law disparately treats an adult U.S. male citizen differently than an adult U.S. female citizen without any constitutionally-compliant basis in either fact or law to differentiate, that such clearly illicit actions are "textbook" unlawful gender discrimination by very definition.

Prior to and during all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew that the government must "take away" custody from any given parent via "CPS" ("child protective services") ("TPR") ("termination of parental rights") cases, and they also all absolutely knew that some form of serious "parental unfitness" was required to be proven by the government in order to "take away" that child custody from that natural parent.

Prior to and during all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew that all natural parents already have full child custody rights of their minor children, just exactly the same as they already all absolutely knew that parents who have never been involved with any "family court" whatsoever have and routinely exercise *those pre-existing child custody rights* every time a school field trip permission slip is signed, every time such parents take their child to a doctor, to a dentist, or any similar professional for either diagnosis and/or treatment, every time such parents decide where their family will live or move to, what religion if any the child will be taught, what the child will wear each day, what the child will eat, when the child should wake and sleep, what school the child will attend (including the choice of either public or private schools), and literally every other life decision type made daily.

Prior to and during all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew that the pre-existing custodial rights of all natural parents to their minor children are fully equal under law, regardless whether a parent is either male or female.

Prior to and during all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew that minor children are **not** the pre-existing property of the State, that the State does **not** "own" children like cattle, and that the State has **no** inherent rights or interests in any particular children, save only that *parens patriae* interest in said "TPR" cases on behalf of the general public to step in and protect highly distressed children from grave harm.

Prior to and during all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew that within Defendant Texas' various "family courts" of the type we are discussing herein (the "custody/support/visitation" type, not the "TPR" type), such a court could NEVER "grant" or "award" **custody** of minor children to *either* natural parent, as no court may give away that which it does *not* have, let alone to the parents when *both already* have that.

Prior to and during all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew that this Victim Plaintiff's equal pre-existing child custody rights had never once and have never once been attacked by any allegation of serious parental unfitness acts by me, including neither by Defendant Natausha, nor by Defendant State of Texas, and therefore absolutely knew that this Victim Plaintiff's equal pre-existing child custody rights have never yet been lawfully removed ("taken away") by any sort of valid legal process, whatsoever.

Prior to and during all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew that to falsely pretend that this Victim Plaintiff's fully equal and fully pre-existing child custody rights as a fit natural parent *somehow didn't even exist* was, in clear fact, willfully and criminally dishonest in affirmative manners to defraud the entire process.

Prior to and during all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew that to repeatedly conspire in creations of fraudulent court and other related governmental records, including any falsified child custody "orders" themselves as well as any/all necessarily-fraudulent secondary "orders" as to child support, was all unquestionably clear criminal behavior in affirmatively direct and knowing penal violations of applicable laws.

During all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew they already had and were still again: violating my constitutional rights on multiple occasions, stealing my monies, stealing my property, stealing even my child and parent-child relationships, now feloniously threatening and intimidating my freedom and liberty from forcible false arrest and wrongful imprisonment in order to extort monies from me, and willfully falsely defaming my parental reputation in the eyes and minds of my child, that is to say Defendant Natausha absolutely knew she was perpetrating felonious emotional/psychological harm upon a minor child, and conspiring in maintaining that abuse for unjust enrichment.

During all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew that they were falsely injuring my national/federal credit bureau rating by issuing and recording damaging amounts in fraudulent lien(s) of child support debt against me, tortuously interfering with my right to have equal economic opportunity via their said false credit defamation, and thereby also tortuously interfering with/depriving my rightful standard of living.

During all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew that the entire "family court" case portion was wholly void without ever having even the first iota of actually valid jurisdiction (without serious parental unfitness issues), i.e., all Defendants absolutely knew any "child support" was but pure false and malicious prosecution.

During all materially relevant times herein, all Defendants – including Defendant Natausha – absolutely knew that each of said such filings and that each child support order in said void case were and are legal nullities, except but each is proof of yet another separate criminal act by them.

A simple review of the instant case docket, corroborated by the records themselves, reveals and confirms that on more than one (1) different criminal act/incident occasion herein, various "orders" were knowingly falsely created and executed by the Defendants directly against my fundamental parental rights of care, custody, control and management of my own natural children and/or directly against my real property, my personal property including monies via "child support" disguises, my federal rights to familial association and the liberty and freedom and privacy thereof under the 1st Amendment to the United States Constitution, and against my various equality rights, due process rights, and related rights under the United States Constitution, specifically in violations of Article I § 10, Article II §§ 2 and 4, Article VI and the federal 4th, 5th, 9th, 10th and 14th Amendments thereto, in addition to each of the same separate 40+ knowingly criminal acts by the Defendants in conspiracy also being direct violations of my rights under the Texas Constitution, specifically in violations of either my personal rights and/or prohibitions of law as declared in Article 1 §§ 2, 3, 3a, 9, 13, 16, 18, 19, 27 and 29, Article 2 § 1, Article 4 § 24, Article 5 § 11 and Article 16 §§ 1 and 41 thereof.

As such, all above well considered, EACH of the governmental Defendants, both entities, and all four (4) individuals, are absolutely guilty of knowingly, intentionally, willfully, affirmatively and purposefully conspiring to perpetrate each of the many Texas state and Federal felony and misdemeanor crimes listed in the contemporaneously filed <u>Affidavit of Steven Ray Grymes on Widespread Corruption</u>, *see id*. at 8-11, at least once apiece, and 90% of those crimes the same governmental Defendants purposefully perpetrate for unjust enrichment in routine, daily basis.

## JURISDICTION AND VENUE

1.  This Court has proper jurisdiction over these causes of action pursuant to, but not limited to, the following statutory authorities: 28 USC §§ 1443 and 1446(b) [**constitutional challenge to state statutes** under special Section 1443 civil rights removal], *see also* 28 USC § 2403, as well as 28 USC §§ 1331, 1343 and 1367 [**standard federal questions**, and federal supplemental jurisdiction over intertwined state law claims], further pursuant to the **Federal Consumer Credit Protection Act**, 15 USC §§ 1601, et seq., and yet also again, as further independent jurisdiction under the **False Claims Act**, 31 USC § 3729, et seq. Moreover, this Court is an Article III court with the express authority to hear and adjudicate any questions arising under the Constitution, Laws, and Treaties of the United States, including but not limited to the Bill of Rights and the Eleventh Amendment, the original Thirteenth Amendment, and Fourteenth Amendment to the U.S. Constitution, the International Covenant on Civil and Political Rights, and the Universal Declaration of Human Rights, with Reservations. *See also* the Article VI Supremacy Clause of the Constitution of the United States of America, as lawfully amended (*hereinafter* "Federal Constitution").

2.  Moreover, separately, and independently, this Court and the judicial officer(s) thereof in personal capacity have duly designated and statutory criminal jurisdiction over the numerous and manifest federal penal offenses perpetrated by all of the governmental Defendants documented herein, and the mandatory federal statutory duty to promptly initiate criminal process including arrest warrants against each and all of the same said wayward state actors and agent Defendants.

3.  Venue is quite and solely proper, as removal over numerous state violations of various federal rights, both as perpetrated and as threatened to perpetrate, in Williamson County, Texas, venue is also quite and solely proper as for violations of the Federal Consumer Credit Protection

Act, both as perpetrated and as threatened to perpetrate, in Williamson County, Texas, and venue

is also quite and solely proper as for violations of the False Claims Act in defrauding the United

States, again both as perpetrated and as threatened to perpetrate, in Williamson County, Texas.

PARTIES

4.   Your Petitioner-Plaintiff, Steven Ray Grymes, is a resident citizen of the State of Texas,

also Victim of all described and enumerated federal and state crimes herein perpetrated by the

listed governmental Defendants in plain, willful conspiracy with various judicial, attorney, clerk

and other actors and/or agents of Defendants State of Texas and Ken Paxton and Williamson

County, done knowingly to intentionally violate and deprive fundamental due process rights,

property rights, natural rights, rights of equality, equal protection of law, and etc., i.e., willful,

knowing and intentional conspiracies to perpetrate daily violations of civil rights, all for money.

5.   Defendant State of Texas is the sole and proper party, by and through its duly elected

Attorney General, to engage this matter in discussion and any defense of its own state statutes

being facially challenged herein.  *See* the formal Notice of Constitutional Questions to Texas

State Statutory Schemes filed contemporaneously herein.  *No* other party, whether actual party

listed within this Parties section, nor any other interested and/or third party, intervenor, amicus,

next friend, nor any other sort, may lawfully attempt to either circumvent, act as impostor for, or

otherwise speak in the stead of the exclusive role and authority herein by the Attorney General of

the State of Texas upon all matters clearly affecting the public interest as a whole and also

statewide, and any and all such attempts should and must be vigorously sanctioned in full extent.

6.   Defendant W. Kenneth Paxton Jr. ("Ken Paxton" or just "Paxton") is a long resident and

citizen of the State of Texas, he is a civil and criminal defendant party within the removed state

case as knowingly and willfully conspiring to defraud all citizens and residents statewide, also

criminally defrauding the United States (willful false claims), as well as defrauding myself and my minor child and our fundamental rights, and he may attempt under opportunity herein to defend his wanton, willful, knowing and intentional acts, behaviors, and conspiracy to perpetrate criminal and civil violations of the statewide citizenry at large in massive, daily, routine basis.

7. Defendant Williamson County is a duly created locality and county and subdivision of Defendant State of Texas, and it is a corporate criminal defendant knowingly guilty of massive defrauding of the United States as well as its own local taxpayers and citizenry, and it is also the local employer and supervisor ultimately responsible for ongoing patterns, practices and policies of the various criminal and other nefarious acts of all three (3) individual government Defendants below, and it may attempt under opportunity to defend its own wanton, willful, knowing and intentional acts, behaviors, and conspiracy to perpetrate criminal and civil violations of the undersigned Plaintiff's well known and well established fundamental, natural, equal and other federal rights in the same manner as its daily unconstitutional defrauding of the local citizenry.

8. Defendant Candace McCue is a resident and citizen of the State of Texas, she is one of the three (3) individual government Defendants as are referenced above, she is a "Title IV-D enforcement agent" and somehow illicitly works simultaneously for Defendants State of Texas, Ken Paxton, and Williamson County, and yet also for the U.S. Federal Government, she is a civil and criminal Defendant party within the removed state case as conspiracy to defraud myself and my minor child, and conspiring to criminally defraud the United States (willful false claims), and she may attempt under opportunity herein to defend her wanton, willful, knowing and intentional acts, behaviors, and conspiracy to perpetrate criminal and civil violations of the undersigned Plaintiff's well known and well established fundamental, natural, equal and other federal rights, just the same generally as she also knowingly foists daily upon other U.S. citizens' civil rights.

9.   Defendant Dawn E. Baardsen is a resident and citizen of the State of Texas, she is one of the three (3) individual government Defendants as are referenced above, she is a "Title IV-D enforcement agent" and somehow illicitly works simultaneously for Defendants State of Texas, Ken Paxton, and Williamson County, and yet also for the U.S. Federal Government, she is a civil and criminal Defendant party within the removed state case as conspiracy to defraud myself and my minor child, and conspiring to criminally defraud the United States (willful false claims), and she may attempt under opportunity herein to defend her wanton, willful, knowing and intentional acts, behaviors, and conspiracy to perpetrate criminal and civil violations of the undersigned Plaintiff's well known and well established fundamental, natural, equal and other federal rights, just the same generally as she also knowingly foists daily upon other U.S. citizens' civil rights.

10. Defendant Tamera S. Arrington is a resident and citizen of the State of Texas, she is one of the three (3) individual government Defendants as are referenced above, she is a "Title IV-D enforcement agent" and somehow illicitly works simultaneously for Defendants State of Texas, Ken Paxton, and Williamson County, and yet also for the U.S. Federal Government, she is a civil and criminal Defendant party within the removed state case as conspiracy to defraud myself and my minor child, and conspiring to criminally defraud the United States (willful false claims), and she may attempt under opportunity herein to defend her wanton, willful, knowing and intentional acts, behaviors, and conspiracy to perpetrate criminal and civil violations of the undersigned Plaintiff's well known and well established fundamental, natural, equal and other federal rights, just the same generally as she also knowingly foists daily upon other U.S. citizens' civil rights.

11.   Defendant Natausha Danete Grymes is a resident and citizen of the State of Texas, she is the other natural but adverse parent of this undersigned Plaintiff's natural minor child, and she may attempt under opportunity herein to defend her wanton, willful, knowing and intentional

acts, behaviors, and conspiracy to perpetrate criminal and civil violations of this undersigned Plaintiff's well known and well established fundamental, natural, equal and other federal rights.

12. Defendants State of Texas, Ken Paxton, and Natausha Danete Grymes are already parties within the instant state case removed, and are now permanently considered as counter-defendants herein, while the Defendants Candace McCue, Dawn E. Baardsen, and Tamera S. Arrington are all actively present Title IV-D enforcement agents in the same state court case, who also, along with Defendant Williamson County, are now permanently considered as cross-defendant parties.

## INTRODUCTION

13. Your Plaintiff complains of various willful, systemic deprivations of fundamental rights guaranteed by the Federal Constitution, and/or by federal law, and which deprivations are civil violations of 42 USC § 1983, and that are also criminal violations of 18 U.S.C. §§ 241 and 242.

14. Your Plaintiff does not, in any way, request and/or seek this honorable federal Court to *alter, amend, or change*, whatsoever, any aspect(s) of divorce, child custody, or any other type of familial and/or domestic matters that are properly reserved for within the state court system, yet however all the torts and civil wrongdoing are fully actionable herein, *see* the contemporaneous Memorandum of Law Clarifying Established Federal Jurisdiction, which your Plaintiff now and hereby also incorporates fully by reference the same as if it had been set forth fully herein. (H.I).

15. This petition for warrant of removal inures to the very essence of the enactment and clearly expressed purposes of 28 USC § 1443 by Congress, i.e.: to provide a statutory remedy for relief via removal to a United States District Court when a state court litigant "*is denied or cannot enforce in the courts of such State a right under any law providing for the equal rights of citizens of the United States, or of all persons within the jurisdiction thereof*" for the precise, expressly-mandated, clear and unambiguous letter, spirit and intent of said statute – which is, in

fact, <u>direct statutory authorization for the federal court to intervene into the state court matter</u>, for the Congressionally-enacted assurance of adequate forums to bring constitutional challenges in.

TIMELINESS OF REMOVAL

16.   The relevant portion of 28 USC § 1446(b) providing for this removal is restated here:

> "*If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.*"

17.   Within the instant removed Williamson County proceedings, said Defendants collectively conspired to unconstitutionally remove my pre-existing and equally shared parental rights to my child, all without ever once first proving me seriously unfit under clear and convincing evidence, so as to initiate and grow false and fraudulently-obtained liens against me in the disguise of so-called "child support" debt, and this manifest injustice has continued since onset some three (3) years ago now.  **Exhibit A**.

18.   Within the instant Williamson County proceedings, Defendants and their related state actors, also previously knowing that the Federal Consumer Credit Protection Act ("CCPA") was violated by ordering amounts of child support against me in violation of express due process requirement, and being fully aware of same, are now attempting to enforce said fraudulent liens in direct violations of the CCPA, which expressly prohibits all same as **void** state actions, see 15 USC § 1673(c), by their criminally-false threats recently made against me, and have already used those same illegal actions in criminal intimidation to extort my monies.  **Exhibit B**.

19.   However, there is no state court of Texas or anywhere else that has obtained any actually proper and constitutionally valid jurisdiction over my natural parent-child relationships, hence there has never been any valid authority by any court to order me to pay "child support" – let alone to any child that I am *not even allowed* to have a relationship with – hence any "child

support" lien falsely registered against me is exactly that, a fraudulent lien existing in direct violation of law – and a state felony criminal charge for every perpetrator involved in the same.

20. My own personal receipt of that recent related paperwork clearly triggered removal right under 28 USC § 1446(b), as "after receipt" [through any method] of [any formatted documentary information] so that an ascertainment of the ability to remove then suddenly became known, and so therefore I removed as promptly as humanly possible under the circumstances via filing this entire removal package without the assistance of licensed professional counsel.

21. Therefore, your Plaintiff is well within the required time, and further fears the state court transpiring against numerous laws and rights during the immediately upcoming thirty (30) to sixty (60) days, all as is further detailed and documented via the individual Counts as are initially presented herein, along with all filings herein, *passim*, so that the present number of grounds for removal therefore is already a serious number indeed, but yet the same will be even further augmented by pending amendment pursuant to F.R.Cv.P., Rule 15, all as also provided for, and reserved by, the undersigned Plaintiff's <u>Notice of Pending Amendment, et seq.</u>. (H.I.).

22. Accordingly, this instant petition for removal is well within the timeliness required under 28 USC § 1446(b) presently, and it would also *be again* timely filed herein (if and as needed), that is to say, that the United States Supreme Court has already discussed and approved in unison with the U.S. Solicitor General and other prominent attorneys that removal must be allowed into the designated federal trial court (this Court) until the federal court finally holds the merit phase, because under special Section 1443, federal jurisdiction cannot be determined until fact-finding determines whether or not the challenged state statutes are in fact routinely violating civil rights, and if that be the case, then the federal court does have Section 1443 jurisdiction, or if that not be the case, then the federal court does not have Section 1443 jurisdiction, hence proceeding fully

into the merits phase, with discovery, etc., is actually required for Section 1443 removal cases. *See again*, the controlling formal <u>Request for Judicial Notice</u> that accompanies this Complaint.

<u>REGARDING INCLUSION OF ORIGINAL PLEADINGS,</u>

<u>THE COMPLETE RECORD OF STATE PROCEEDINGS,</u>

<u>AND, THE REQUESTED PRELIMINARY PROCEDURES</u>

23.  This is a removal under 28 USC § 1443, ***quite different*** from all other types of removal available under Chapter 89 of Title 28, and since it is *not* about any question of "most proper *original* jurisdiction" within the context of comity and federalism, whatsoever, *there is no basis, need, or cause for inclusion of original state court pleadings* within the filing package for this removal to the United States District Court, *nor any need for inclusion of the entire state court record*.  Further, these issues are addressed by pertinent motion for relief.  Please *see* Plaintiff's <u>Notice Distinguishing Between the Two Basic Types of Removal; and, Motion for Issuance of Preliminary Relief in the Alternatives</u>.  See *id*. at 7-8 regarding requested preliminary relief(s).

<u>INCORPORATION OF PRIOR PLEADINGS IN STATE COURT</u>

24.  Regardless, Plaintiff incorporates fully by reference all pleadings, papers, and effects heretofore filed or otherwise lodged in the state proceedings the same as if set forth herein (H.I), and the same also exist in direct support of establishing the basics herein, such as proper legal standing to invoke and prosecute the federal constitutional challenges to Texas state statutes, and further as a victim of numerous crimes perpetrated by the Defendants and their local agents.

<u>PROHIBITED REMOVALS OF STATE COURT CASES</u>

25.  Plaintiff notes and emphasizes for the Court's and parties' convenience, *and in being duly advised of Rule 11 ethics before making any response*, that 28 USC § 1443 provides for the

removal of *any* type of state court case for violation(s) of equal civil rights, with the <u>sole</u>

exceptions being *only* the following four (4) types of circumstances, pursuant to 28 USC § 1445:

    a)  a civil action against a railroad or its receivers or trustees that arises under certain laws;

    b)  a civil action against a carrier or its receivers or trustees that arises under certain laws;

    c)  a civil action arising under the workmen's compensation laws; and,

    d)  a civil action arising under section 40302 of the Violence Against Women Act of 1994.

26.  Accordingly, since none of the matters herein has anything even remotely to do with any

of the four exceptions, the instant three (3) constitutional challenges to state statutes raised are

each (and independently) perfectly proper causes for removal upon their own individual merits.

<u>OVERVIEW OF STATE ACTOR + THIRD PARTY VIOLATIONS OF FEDERAL RIGHTS</u>

27. Within the instant state court proceedings of Williamson County never-ending, your

Plaintiff has been, and is still being, affirmatively denied basic constitutional and due process

rights to at least: (A) equal protection of the laws; (B) freedom from gender and class

discrimination; (C) fair and competent tribunals; (D) reasonable notice and opportunity to be

heard; (E) fair and lawful use in civil prosecution and defense of relevant and material evidence

and of applicable statutory, rule, and case law authorities; also (F) liberty and property

protections; and (G) various other violations of constitutionally-protected rights and interests.

28. In short, the state family court system may already be, or has become, a fully wanton

criminal enterprise with the officers and professionals in daily power thereof absolutely and

manifestly abusing process, law, litigants, and even incidental parties, in egregious patterns and

practices of rights violations, also using unlawful threats and other false intimidation tactics,

including willfully false deprivations of liberty rights to illegally coerce, rampant and flagrant

obstructions of justice, extortionate schemes for unjust enrichment of their floozy and equally

fraudulent leeches, outlandish and flagrantly obvious bias and prejudice, gross class and gender discriminations, engaging in repetitively-unlawful *ex parte* actions to obtain fraudulent orders *against* the law, and etc., i.e., generally so much crime, committed so often, it shocks conscience, more fully detailed by the Plaintiff's contemporaneous <u>Affidavit of Widespread Corruption</u>, incorporated herein by reference for all purposes the same as if it had been fully set forth (H.I.).

29. Again, to fully clarify the nature of this proceeding, your Plaintiff does *not* seek this Court to "issue or modify any decrees" regarding state law matters of divorce, child custody, or support, *nor anything involving fact or evidence details*, but instead *only* to enforce due process, equal and civil rights, true constitutional rights, and other federal rights, statutory and otherwise.

30. Your Plaintiff has been outrageously harassed by the same local county courts and the related court administration systems, also manifestly violating my most basic due process rights, by willfully, knowingly and intentionally conspiring in various commissions of criminal acts and behaviors, all shockingly done in an intentional conspiracy to aid and abet grand scale larceny.

31. Indeed, upon belief and information, this Plaintiff has quite sufficient cause and grounds to also consider the demanding of various official investigations into patterns and practices of widespread, systemic violations of basic federal rights by these same local county court systems.

<u>BACKGROUND FACTS AND ALLEGATIONS OF GENERAL LAW</u>

32. The clear right to one's own direct flesh and blood is the second oldest fully-recognized right in all of human existence, save only the individual self-preservation right to life itself.

33. The variously enumerated basic rights under the Federal Constitution, e.g., the First Amendment right to free speech, the Second Amendment right to arm and defend yourself and your own family, and so forth, are generally all "self-evident" rights, that is to say various rights of We The People, the general citizenry, that are each of such innate and fundamental character

and magnitude, that they are constitutionally then formally protected as recognized parameters necessary for the basic structure of our civilized society as a Republic with rule of equal and just laws, and not of laws subject to the fleeting whims of fickle mankind in perpetrating preference, prejudice and bias for and/or against any particular parties for any reason, nor subject to laws fatal on their faces for being contrary in any way to the basic maxims constitutionally established and enshrined - of the People, by the People, and for the People.

34. Most people would presume, in today's modern civilized equal rights society, that food, clothing and shelter are considered rights *per se*. Indeed, consider the vast number of many governmental programs now in existence at all levels for such basic items and issues. Yet, go back just a few hundred years, and such "necessities" as want for food, clothing and shelter were certainly not yet well established "rights" at that time, but the needs were handled primarily by various sources of private charity and/or self-ingenuity, IF the needs were met at all, but still the self-evident right to one's own flesh and blood was ever present, unquestioned in all situations.

35. Go back just a couple or few millennia, and you're lucky if such basics of food, clothing and/or shelter *even exist at all within reasonable access*, let alone any fanciful dreams of wishful "rights" to such basic items, yet there was still your own flesh and blood, right there with you the whole entire time, as not only an unquestionable and self-evident right, but even as an implicit duty and responsibility, both to your mate/partner/spouse (who *is not* supposed to be a direct blood relation to the other mate/partner/spouse) and to your own flesh and blood offspring (which **is** a *direct blood* relationship, of crucial distinction herein), i.e., your own minor children.

36. From time immemorial, the right to one's own flesh and blood has always been the second oldest right in human existence (regardless of the many variants of civilizations and their many varied systems of law...), save only that individual primary right to preservation of one's

own life itself.  This is universal, the self-evident right to children precedes mere common law or any other formally written-down "laws" of the United States, and of the Colonies before that, and also of the ancient "laws" of England even post Magna Carta, precedes the establishments of written "laws" by the long-lived Byzantine Empire prior to that, of the Romans and Greeks and Egyptians before them, and of the Sumerians even well before *any* of those early civilizations.

37.  The self-evident right of preservation and protection from any interference or harm to your own parent-child relationship by any type of self-professed ruling authority ("government" – regardless of the form or type), especially when there is no actual, valid basis of any proper kind, *is*, by definition of nature and human existence itself, the second oldest indisputable "natural" or "organic" right, save only that primary right to self-survival... irrespective of any sets of "statutes" that must, in fact, fall directly flat on their constitutionally repugnant faces for even ostensibly attempting to pretend otherwise in any manner, shape or form.  The RIGHT to one's own direct flesh and blood ("natural") minor children is sovereign and absolute, superior to the State of Texas in *all* respects, and CANNOT be interfered with, whatsoever, save *only* on exception for due process finding in clear and convincing evidence of *serious* parental unfitness.

38.  All U.S. citizen natural parents, both male and female, father and mother both, if both are legal adults at the time of a physical conception (a normal pregnancy), *equally* have and *equally* share full legal and physical custodial rights to their mutual natural child, automatically vested into each and both such natural parents, from the very moment of birth of each such living child; There is **no** magical difference between the pre-existing, full legal and physical child custodial rights enjoyed and retained by a given parent sued by child protection services (TX = "DFPS"), or the very same and exactly equal, pre-existing, full legal and physical child custodial rights enjoyed and retained by a given parent sued in divorce-and-similar-with-kids family court – both

situations are exactly the same, with the state action alleging, whether expressly revealed or not, that the targeted (generally "respondent" or "defendant") party is too seriously unfit to continue *retaining* his or her pre-existing, well-established, superior child custodial rights in full force, yet of course that requires the state to first prove "unfitness" by clear and convincing evidence under full due process procedures, including that parent's right to invoke trial by jury upon the same.

39.  Well over one hundred (100+) years of consistent, enormous case law from both the state and federal courts also routinely affirms: **(a)** that not only are these same parental custodial rights to their natural minor child *superior* to "mere" constitutional rights, i.e., these custodial rights are always entitled to full due process protections in at least the same full procedural measure as any so-called "mere" right enumerated by our Federal Constitution, i.e., *more* important than those "mere" guarantees within the Bill of Rights and elsewhere; **(b)** but also that the State cannot even begin to question, let alone invade or impinge upon, those pre-existing, fully vested legal and physical custodial rights that natural parents have to their own minor children, unless and until the State would *first* prove, and then *only* by clear and convincing evidence performed under full due process procedures, that either or both such natural parent(s) is/are found *seriously* "unfit" within a competent court of proper jurisdiction, too *seriously* unfit to continue *retaining* their same such pre-existing and already fully vested legal and physical custodial rights to such child.

40.  These fundamental rights of natural parents, and equally shared betwixt both such natural parents, to the uninterrupted care, custody, control and management of their minor child, and those same natural "organic" rights of each and both natural parents also fully endowed and vested within both of them equally from the very moment of live birth of each such said child, simply may not be intruded upon by the State (*see also* Invasion of Privacy), without valid cause.

41. Our Supreme Court, fully recognizing all of the above history underpinning these same fundamentals, has – more than once – opined that parental rights are "superior" to the "mere" enumerated rights of our Federal Constitution, hence they are clearly entitled to *at least* that full amount of all due process protection elements and procedures that any actually-enumerated such right is well established in entitlement thereof, and has consistently ruled that federal courts **do** have valid and proper subject matter jurisdiction – as well as the attendant duty to exercise that federal jurisdiction – upon claims of state unconstitutionality over those natural parental rights.

42. Our Supreme Court has **expressly** ruled and commanded: "Parents have a fundamental right to the custody of their children, and the deprivation of that right effects a cognizable injury. See *Santosky v. Kramer*, 455 U.S. 745, 758-59, 102 S. Ct. 1388, 1397, 71 L. Ed. 2d 599 (1982)." *Troxel v. Granville*, 530 U.S. 57, 68-69, 147 L. Ed. 2d 49, 120 S. Ct. 2054 (2000). Violations of parents' federal constitutional and/or due process rights within any state action affecting child custody rights, according to the U.S. Supreme Court, **are** cognizable claims in the federal courts, exactly and precisely as we now have at bar herein, which exercise of jurisdiction is *required*, and which exercise of jurisdiction to \*directly intervene\* into the state court matter complained of is expressly provided by primal statutory authority itself herein, to-wit: 28 USC § 1443.

## THE STATE OF TEXAS DIRECTLY VIOLATED CLEAR FUNDAMENTAL RIGHTS IN PRE-DEPRIVATION OF ALL THE SAME WITHOUT *ANY* DUE PROCESS *WHATSOEVER*

43. The State of Texas has never *even alleged* (let alone proven) any "unfitness" by me, ever, nor has any department, agency, unit or any actor of the State ever even remotely alleged any such aspect or idea, let alone ever proven it under required clear and convincing due process.

44. Within divorce and similar proceedings, it is an utter fallacy, an outright unconstitutional fraud, and a legal nullity, for any state court to attempt to pretend to "grant" or "award" any form

of custody ("legal" and/or "physical") of any child to either and/or both natural parents of that child, since *they* **both** *already* **have** child custody rights fully vested into each and both of them, long prior to ever entering into any state court action;  The given state court in any such similar proceeding (*i.e., not discussing post-deprivation actions in the realm of child protective services cases, which are quite different in their origination and purposes as between the state and the given parent or parents*) cannot falsely and fraudulently pretend to ostensibly "award" or "grant" something *it does not have* (child custody) to someone *who already has it* (child custody) *fully*, or more correctly described as fully flagrant discrimination and fraud by typically allowing just one parent to continue *retaining* her/his pre-existing child custody rights, but in fact *removing* the other parent's exact same and also pre-existing child custody rights, without so much as even bothering to inform that other parent that all such rights are constitutionally-protected rights *that cannot be simply taken away* without first going through full due process, i.e., perpetrating all manner of unlawful administrative end-runs, by repugnant statutes, against constitutional rights, to (a) defraud the unsuspecting parents of their superior rights *without even telling them that is what is actually going on*, (b) in order to falsely reclassify those same unsuspecting parents into so-called "noncustodial" parents, (c) so as to begin generating yet more financial windstreams.

45. Any statute, regulation, or rule pretending to ostensibly provide any state court with authority to grant or award child custody, within divorce and similar actions involving children, *but without also requiring first an affirmative due process finding of serious parental unfitness*, is directly unconstitutional upon its face, *must* fail the test of constitutionality, and is also hereby directly challenged as patently unconstitutional for all the aforementioned commanding reasons.

46. To be sure, the civil courts of Texas have valid subject matter jurisdiction over people that choose to divorce, in order to process a peaceful, lawful separation of parties and involved

assets and debts, as well as compelling execution of necessary instruments to effect those goals, because that is a civil court process constitutionally allowed between **non-blood** relationships.

47. However, just because two separate non-blood parental parties divorce and/or otherwise legally separate, that does <u>not</u> provide any Texas civil court with subject matter jurisdiction over the parent-child relationships of either same natural parent, *without first finding unfitness*.

48. Again, Plaintiff will readily concede that the state civil courts obviously have clear and valid subject matter jurisdiction over two or more parties in dispute regarding separation of *their own **non-blood** relationships*, i.e., such as a dissolution of marriage, but no state civil court has ever obtained proper subject matter jurisdiction over the **direct blood** relationship between any parent and his/her minor child, *unless and until* due process is *first* met.

<u>THE STATE OF TEXAS MAY *NOT* USE PREPONDERANCE AS THE EVIDENTIARY</u>

<u>STANDARD OF PROOF TO IMPACT CUSTODIAL RIGHTS OVER MINOR CHILDREN</u>

49. Plaintiff realleges all paragraphs above by reference the same as if fully set forth herein.

50. Besides repugnant custody alterations without fitness tests, *the evidentiary standard* fails.

51. The State of Texas already well knows, and has well known for a lengthy established period *in minimum of at least decades now*, that it may <u>not</u> terminate the custodial rights of the given natural parent to his/her natural children without first finding serious, clear and convincing evidence of parental unfitness. These actions are familiarly known as "TPR cases" (termination of parental rights cases), i.e., most often publicly referred to as "CPS cases" (child protection services cases), which are one and the very same thing – as any competent legal professional readily knows. Even first-semester law students well instinctively know these very basic things.

52. Yet, here's the thing… The judicial officers and attorneys daily engaged within state "family" courts having involvement with domestic relations matters *already know full well* that

they cannot simply usurp a given parent's custodial rights within their active divorce and other similar cases betwixt two competing natural parents ("custody, support, and visitation" cases), because both yesterday and tomorrow, either in the exact same courtroom, or the one next door, or downstairs, or around the corner, they are also processing these TPR cases in which they all are already well aware about the need for sustaining *clear and convincing evidence of unfitness.*

53. The instant state court "child custody case" began wholly unconstitutionally within Williamson County as agents of the State of Texas defrauding my superior natural parental rights to my children without ever once having any basis against me and my parent-child relationships, whatsoever, and continued those equally unconstitutional deprivations of my rights (liberty) and of my monies (property) for the last few very long years for Defendants' fraudulent and unjust enrichments – exactly as the corporate/official Defendants do also unto thousands of others *daily.*

54. Accordingly, this conclusively demonstrates that your Plaintiff's fundamental rights to the constitutionally-guaranteed *retention* of my natural child custody rights (and of all attendant rights thereto), were defrauded **knowingly, willfully and intentionally** by the legal professionals criminally conspiring within the instant state court case complained of, to-wit:  the state court judges, the family law attorneys familiar to the county, and their any various other leeches like any "guardian ad litem" or "parenting coordinator" who collude in such ongoing conspiracies.

STATE JUDGES ARE DISQUALIFIED FROM THEIR OWN TITLE IV-D MATTERS

55. Next, and independently, as regards any origination of child support orders in the first place, and as further regards any enforcement of child support orders originated within the same Williamson County, every judge and court of the same county is absolutely precluded by law from doing either of the same, since no judge may hear or address any matters in which the same judge has either a direct pecuniary interest (and that includes any involved business) and/or other

working relationship with any beneficiary to such pecuniary interests, i.e., the other county officials, county agents, county units, and of course also the actual given County itself.

56. In 1975, the federal government determined that the best way to help women and children move from public assistance to self-sufficiency was to help them collect child support from the fathers. To ensure that states followed through with this idea, a state's receipt of welfare funding (under Title IV-A of the Social Security Act) was tied to its creation and operation of a child support enforcement program (under Title IV-D of the Social Security Act; hence the name "IV-D".) [S. REP. NO. 1356, 93d Cong., 2nd Sess. (1974)].

57. Nationwide, the child support program is governed almost exclusively by federal regulations. Title IV-D, 42 U.S.C. §651, et seq., spells out in great detail the standards state programs must meet to qualify for funding;  The Texas OAG has contracted with counties to provide IV-D services for all divorce cases in the county, usually handled through the local domestic relations office. The district judges in those counties have enacted a local rule declaring that all divorce decrees entered after a certain date will be treated as IV-D cases. The parties may opt out of this referral, see TFC § 231.0011(c).  The unadvised parties herein did **not** opt out.

58. TFC § 231.101, et seq., authorizes counties to enter into various agreements regarding Title IV-D services, and under a complicated formula, establishes various portions of the Title IV-D financial collections stream to be paid out in various percentages to the given county itself, the clerk of the county, the prosecutor of the county, and the judges of the county, whether by direct apportionment into their own salaries, budgets and/or otherwise.  See also, enacted S.B. No. 1139, for various details and figures thereupon.

59. The contractual arrangements of Title IV-D ostensibly authorize counties to enter into various agreements regarding Title IV-D services, and under a complicated formula, establishes

various portions of the Title IV-D financial collections stream to be paid out in various percentages to the given county itself, the clerk of the county, the prosecutor of the county, and the judges of the county, whether by direct apportionment into their own salaries, budgets and/or otherwise. In short, it repugnantly creates a direct mercenary system, <u>inducing</u> rights violations by the same state actors on a truly massive scale against the unsuspecting and innocent citizenry.

60. As such, Texas family court judges have direct pecuniary interests as to the collection ("enforcement") of *their very own* child support orders, the same going for every judge of their county likewise, hence court rules *preclude* any judge in their own county from - at least - presiding over any such child support matters, if not also completely from the entire given case.

61. The laws, rights and standards of the State of Texas are directly on par with sister States in concurring legal maxims involving conflicts of any fiduciary and/or other interests by judicial officers in respect to precluding cases they are NOT constitutionally or otherwise "lawfully" allowed to be engaged in.

62. To disqualify a judge, typically the said interest should be direct and pecuniary. "[T]he interest which disqualifies a judge is that interest, however small, which rests upon a direct pecuniary or personal interest *in the result of the case* presented to the judge or court." *Cameron v. Greenhill*, 582 SW2d 775, 776 (Tex. 1979). (emphasis added)  In *Nalle v. City of Austin*, 22 SW 668 (Tex. 1893), the Texas Supreme Court determined that the district judge who presided over the suit was indeed disqualified because he lived in and paid taxes to the City of Austin. The suit was brought by a property owner to enjoin collection of taxes and to cancel $900,000 in bonds already issued. The injunction effectively prevented the tax levy. The Supreme Court said every property holder not only has an interest but a direct pecuniary interest in the result. By living and paying taxes in Austin, the judge was disqualified. A judge who is a stockholder

in a corporation is disqualified from hearing a case in which that corporation is a party – *Pahl v. Whitt*, 304 SW2d 250 (Tex. App. – El Paso 1957, no writ history). The employment of the judge's wife by the defendant corporation was a direct pecuniary interest amounting to disqualification – *Gulf Maritime Warehouse v. Towers*, 858 SW2d 556 (Tex. App. – Beaumont 1993, denied). A trial judge's entry in the lawsuit by filing an answer and seeking attorney fees against the party filing a recusal motion created a direct pecuniary interest sufficient to disqualify – *Blanchard v. Krueger*, 916 SW2d 15 (Tex. App. – Houston [1st Dist.] 1995, no writ history). A trial judge whose pay was tied to the conviction rate in a drug impact court had a pecuniary interest and was disqualified – *Sanchez v. State*, 926 SW2d 391 (Tex. App. – El Paso 1996, Ref.). The point is – judges may **never** engage in matters involving conflicts.

63. Because Texas family court judges, like the pending matters at hand, may also involve enforcement action over an alleged child support arrearage matter within the same county case aligned and interplexed with their own Title IV-D financial interests, the judges of the given County are *clearly precluded by law* from presiding in *their local own* such child support cases.

64. Defendants State of Texas and Ken Paxton, vis-à-vis their associated actors and agents within and of Defendant Williamson County, e.g., the Defendant judges of the instant state court, with the opposing counsels such as Defendant McCue, and their clients, such as Defendant Natausha, and certain other state and/or local governmental actors necessarily involved in such civil and/or criminal conspiracy, have already been defrauding large sums of money from me (violating Property rights – an established federal question), and *that* based upon *also* defrauding me of my well associated *equal* rights of "parenting time" and all "care, custody, control and management" rights to and with my own flesh and blood minor child (involving the various Liberty rights akin to those same direct blood relationships), along with certain other forms and

methods of harassment and abuse of power over myself and my parent-child relationship, all without *ever* having **any** constitutionally-valid jurisdictional basis, nor *any* actual constitutionally-valid merit, in *any* of that, *in the first place*.

<u>VIOLATIONS OF THE CONSUMER CREDIT PROTECTION AND FALSE CLAIMS ACTS</u>

65. The Federal Consumer Credit Protection Act ("CCPA"), *see* 15 USC §§ 1601, et seq., controls and limits the maximum allowable regular (*cyclic*, i.e., weekly, bi-weekly, bi-monthly, monthly, etc.) amount of "child support" orders (actually, any and all "family support" orders) to expressly ONLY no more than certain maximum percentages of the ostensible obligor's **actual disposable income**., i.e., the person's actual, real, existing regular income, whatever that is, be that actual disposable income anywhere from ZERO dollars per regular cycle (i.e., unemployed) to apparently no maximum limit (theoretically even a million dollars weekly or infinitely more).

66. There is absolutely no toleration for the wanton practice of state courts attempting to use "imputed" income, i.e., imaginary, fictitious, wishful-thinking "fantasy" income, but <u>ONLY</u> the ostensible obligor's *actual, real disposable income* may be used to consider garnishment levels in direct percentage, which maximum limit is spelled out in 15 USC § 1673 – a very short statute commonly imprinted upon virtually every child support "income withholding" order in America.

67. Further, every such family support order is restricted to creation only under the express requirement of affording the intended obligor with actual due process, <u>*id*</u>., and since the entire state court case, particularly the Title IV-D issue at hand, is all based upon complete lack of any due process, then the Defendants' fraudulent lien created and registered feloniously against me is exactly that – a fraudulent lien that is expressly VOID by federal law, and cannot be enforced. *Id*.

68. To the point herein, via affirmative directions and inducements of Defendants Texas and Paxton and Williamson County, therefore the instant state court, the instant Defendant officers of

the same, along with Defendant Natausha, all fully knew or reasonably should have known that they have knowingly and fraudulently created and issued against your Plaintiff and my property (my money). They knew that their acts were criminal in violation of law.

69. Accordingly, each and every such above related child support lien document created or issued are all entirely null and void, expressly by law. *Id.* There is no lawful "civil debt" of such supposed "child support" (expressly fraudulent) "lien" lawfully held against me, and there never has been. It simply does not lawfully exist, at all, pursuant to the express mandate of federal statutory law – the supposed "civil debt" of supposed "child support" simply does not exist, and neither legally do any wholly false, fictitious and fraudulent "liens" in the equally false disguise of "child support" obtained by them only after initially defrauding my entire litany of established superior fundamental rights to always retain full custody rights to my minor child in complete absence of any serious parental unfitness.

70. And then yet further, each and every such same act was, and is, also yet another solid proof in additional evidenced act of not only the various other aforementioned state and federal felony crimes, but obviously and indisputably again as yet another separate act perpetrated in their ongoing criminal conspiracy to wantonly and willfully defraud the United States and the Federal Government, i.e., each separate and additional act of making knowing False Claims for unlawfully seeking federal reimbursements under the same aforementioned Title IV-D scheme, that same (gargantuan...) pecuniary "windfall" scheme that state court (county) judges, clerks, and prosecutors, and/or their own personal budgets, all (grossly unethically) receive shares from.

<u>RECAP</u>

71. Therefore, your Plaintiff has been unlawfully and directly subjected to a minimum of three (3) independent causes of action for direct removal under special civil rights Section 1443,

i.e., false deprivation of parent-child relationships without (any) due process (whatsoever), the additional constitutional infirmity of failing to use the clear and convincing evidentiary standard in all matters allegedly pertaining to any action prospecting to impact the custody of any one or more minor children, and the equally-as-clear constitutional violations regarding the manifestly express Title IV-D conflicts of interest of state judicial officers precluding their involvements.

72. *Each* of the same three (3) constitutional questions is also an *independent* removal basis.

73. Furthermore, your Plaintiff complains for the instant federal civil rights torts and direct federal court jurisdiction over those independent claims, and demands replevin or other refund of all Property (monies) taken without due process thereunder, further claiming civil damages for potential threats of jailing this Plaintiff without jurisdiction (1st, 4th and 14th Amendments).

74. Accordingly, this Plaintiff is most certainly entitled by law to full and complete restoral and remedy for **all monies**, including no less than all guise of "child support", all the costs and expenses – including all attorneys' fees – incurred as a result of all the false and malicious acts of categorically frivolous prosecutions and related abuses of power fraudulently inflicted upon both myself and my child by the Defendants and their criminal conspirators in said case, also both the direct and consequential financial damages to my person and estate caused and/or induced by the Defendants and their various said co-conspirators in both person and entity form, and most certainly not to ignore the absolutely equal entitlement of law to full and complete remedy for the lost physical/tangible elements of my falsely-deprived parent-child relationships, that is to say compelled additional parenting time beyond the basic 50/50 requirement, routinely exercised until such time as proper overall time balance of divided parenting time betwixt the parties is finally restored to an equitable status quo – and that such "makeup time" must begin promptly, that is to say that, because Defendant Natausha unconstitutionally enjoyed the vast majority of

my child's past life by constant, long-ongoing violations of my equal rights for the former and previous few years, <u>I am constitutionally entitled to be made whole again</u>, which is to say that not only am I entitled to function as primary custodian role throughout the remainder of my child's minority age, but I am also entitled to an extra ongoing amount of "parenting time" beyond that in pro-rated measure to compensate for all of the years of parenting time I have been falsely deprived, until there has been accomplished an equal balance of overall parenting times, or ending as of the date my child is no longer a minor, whichever occurs first.

<u>COUNTS I THROUGH X – Gender Discrimination, Violations of Equal Protection,</u>

<u>Violations of Pre-Deprivation Due Process, and other Constitutional Violations</u>

[AGAINST ALL DEFENDANTS, AND OTHER PARTIES TO BE NAMED / SERVED]

75.  Plaintiff realleges all paragraphs above by reference the same as if fully set forth herein.

76.  From the very beginning, although my equivalent paternity and custodial rights regarding all aspects of and to my natural children were therefore already legally established, both as above-described, and although those custodial rights are very well established as superior to the State's **any** interest (which must *also* pass strict scrutiny, least intrusive, and such other constitutional hurdles), neither Defendant State of Texas nor any of the Defendants have ever alleged any form or manner of serious parental unfitness *against me*, hence have never actually or validly initiated, let alone *proven* under due process procedures, any form or manner of unfitness deprivation action against me ("termination of parental rights"), hence have never removed any part of my fully same and equal share of all such pre-existing custody rights to my natural minor children with Defendant Natausha in full like and equal kind… *whatsoever.*

77.  Hence, clearly your Plaintiff was unconstitutionally reclassified by Defendant State of Texas' actors and agents, vis-à-vis by the biased and prejudiced local county court systems and

also by their variously aforementioned officers in full defiance of the Constitution, arbitrarily and capriciously, as an utterly fictitious and so-called "noncustodial" parent, in full dearth of required pre-deprivation due process *whatsoever* before just unilaterally *removing and/or terminating* my fully superior and fully equal custody rights, and then further issuing and executing all secondary forms of likewise unconstitutional actions, including both in terms of financial (Property rights) issues, as well as the familial, associative, injunctive and other violations of Liberty rights issues, with a litany of other intertwined matters due to all the underlying wrongdoing by said adverse parties as acting in concert with other state actors by and through the substantive "conspiracy" elements in pending amendment via Section 1983 and other authorities. *See again,* my Notice of Pending Amendment of Petition, et seq.

78. So, the instant state court both: (a) never had any actual constitutionally-compliant jurisdiction over either of the parental parties' respective child custodial rights, in the first place; and (b) its various "orders" amount to nothing more than proof of fraud, proof of blatant gender discrimination, proof of total disdain for equal protection of the laws, proof of total disregard for equal privileges and immunities, and solid proof of also unilaterally *elevating* Defendant Natausha's "equal" rights, but further unilaterally *demoting* the exact same "equal" rights of your Petitioner-Plaintiff, without any of the required due process steps performed first, or at all, *ever*.

79. The cause of action and civil damages for deprivation of parent-child relationship is well established in both the federal and state court systems. Within the federal system, the damages awarded are typically between $110k to $130k per child, per year. Within the state courts, these damages awarded are typically only between $40k to $60k per child, per year. Your Plaintiff now elects to prosecute this cause of action as fully established within the federal court system, which is why it is included and delineated amongst these federal set of Counts in the list below.

80. Specific, individually listed Counts I through X follow, each to be amended within time allowed by Rule 15(a); *See* also <u>Notice of Pending Amendment of Petition into Full Complaint</u>.

81. Your Plaintiff is entitled to and claims civil damages for false and tortious deprivation of parent-child relationship in varying degrees and times over the aforementioned past years.

82. Your Plaintiff is entitled to and claims civil damages under 42 USC § 1981.

83. Your Plaintiff is entitled to and claims civil damages under 42 USC § 1983.

84. Your Plaintiff is entitled to and claims civil damages under 42 USC § 1985.

85. Your Plaintiff is entitled to and claims civil damages under 42 USC § 1986.

86. Your Plaintiff is entitled to and claims civil damages under 42 USC § 2000b–2.

87. Your Plaintiff is entitled to and claims civil damages under U.S. Const., Amend. I for violations of the rights to free assembly, to familial association, and to petition for redress.

88. Your Plaintiff is entitled to and claims civil damages under U.S. Const., Amend. IV for unreasonable seizures (both of liberty and property), including potential threats to falsely arrest.

89. Your Plaintiff is entitled to and claims civil damages under U.S. Const., Amend V for deprivations of both liberty and property without due process of law.

90. Your Plaintiff is entitled to and claims civil damages under U.S. Const., Amend. XIV for violations of equal protection, equal privileges and immunities, and gender discrimination.

91. Your Plaintiff is also entitled to and claims special and/or punitive damages.

92. Your Plaintiff is also entitled to and claims trial by jury of peers upon all issues.

**WHEREFORE**, your Plaintiff prays this Court issue a declaratory judgment finding that the original state court proceedings now removed were void for lack of pre-deprivation due process, that this Plaintiff was never lawfully reclassified as a "noncustodial" parent, and that the State of Texas failed to ever first properly allege and adjudicate serious parental unfitness as a legal

prerequisite to any such reclassification of my own natural parent-child relationship, also for appropriate civil damages awards by peer jury in favor of Plaintiff, against the Defendants jointly and severally with additional liable parties yet to be named/served, also for declaratory relief enjoining repugnant statutes, and for all other relief that is true, just and proper in the premises.

<u>COUNTS XI THROUGH XVII – STATE LAW CLAIMS UNDER 28 USC § 1367</u>

[AGAINST ALL DEFENDANTS, AND OTHER PARTIES TO BE NAMED / SERVED]

93.  Plaintiff realleges all paragraphs above by reference the same as if fully set forth herein.

94.  All of the state law, common law, and tort type claims are so interdependent and also so inextricably intertwined with all the above federal claims as to be exactly the same in reality, and inseparable from each other's context, hence supplemental jurisdiction is well entitled and had.

95.  The cause of action and civil damages for deprivation of parent-child relationship is well established in both the federal and state court systems.  Within the federal system, the damages awarded are typically between $110k to $130k per child, per year.  Within the state courts, these damages awarded are typically only between $40k to $60k per child, per year.  Your Plaintiff now elects to prosecute this cause of action as fully established within the federal court system, which is why it is included and delineated amongst the federal set of Counts in the above section.

96.  By falsely reclassifying your Plaintiff as a so-called "noncustodial" parent, in order to create a legally-fictitious civil debt of child support and falsely order extractions of large sums of money in the guise of said support, your Plaintiff is entitled to have the Defendants promptly refund, with interest and penalties attached, the entirety of all said payment transfers, and your Plaintiff further therein additionally alleges fraud and/or constructive fraud clearly perpetrated against fundamental, constitutional, statutory and other rights, for purposes of treble damages.

97. Specific, individually listed Counts XI through XVII follow next, each to be amended within time allowed; *See* also <u>Notice of Pending Amendment of Petition into Full Complaint</u>.

98. Your Plaintiff is entitled to and claims civil damages under replevin of all monies taken falsely and/or fraudulently, via ostensible orders for child support, and due to frivolous litigation.

99. Your Plaintiff is entitled to and claims civil damages for fraud and wanton conduct.

100. Your Plaintiff is entitled to and claims civil damages for infliction of emotional distress.

101. Your Plaintiff is entitled to and claims civil damages for malicious prosecution.

102. Your Plaintiff is entitled to and claims civil damages for gross negligence.

103. Your Plaintiff is entitled to and claims civil damages for abuse of process.

104. Your Plaintiff is entitled to and claims civil damages for potential threats of false arrest and wrongful imprisonment, separately as state law claims, in addition to the same civil rights claims under the Federal Constitution and other federal authorities as stated in the above section.

105. Your Plaintiff is also entitled to and claims special and/or punitive damages.

106. Your Plaintiff is also entitled to and claims trial by jury of peers upon all issues.

**WHEREFORE**, your Plaintiff prays this Court to exercise its supplemental jurisdiction in issuing certain supporting declaratory judgments towards such trial by peer jury on these issues, also for one or more appropriate civil damages awards by said jury in favor of Plaintiff, against the Defendants jointly and severally with additional liable parties yet to be formally named, with punitive damages awarded against individual Defendants shown to have acted with deliberate indifference, and prays for all other relief that is true, just, lawful and proper within the premises.

<u>SUMMARY AND PRAYER</u>

107. Plaintiff realleges all paragraphs above by reference the same as if fully set forth herein.

108. The Defendants absolutely knew that, as a natural parent without any serious unfitness issues, I fully and constitutionally retained my equal share of parenting rights to my minor children with Defendant Natausha.

109. The Defendants absolutely knew that they had never either alleged nor proven any such serious parental unfitness issues, and so likewise knew they had no jurisdiction or authority over my protected fundamental rights.

110. The Defendants therefore also absolutely knew there were not only being deliberately indifferent to my protected fundamental rights as well as my individual due process rights, but they also therefore absolutely knew that they were criminally conspiring to defraud my basic due process rights, my right of honest services, my equal rights of law, that they were affirmatively perpetrating willful gender discrimination against me as part of those civil and criminal acts, etc., and therefore I am absolutely entitled to: (A) civil damages; (B) full restoral of rights to be made constitutionally whole again as much as possible, including effecting substantive remedy for the losses of constitutionally-equal parenting time; (C) replevin of all direct monetary losses caused by a knowingly fraudulent state case, e.g., all "child support" monies, all state and federal court costs borne on my part throughout including attorneys' fees fraudulently induced, plus interest and other penalties provided by law; and (D) punitive damages against individual Defendants.

111. Plaintiff reiterates that his request for removal to this Court is not just about a supported and reasonable *expectation* of the future manifest deprivations of his various civil rights within said state court, but also that recklessly unlawful patterns of the same are **now well established**.

112. Without the immediate intervention, and the exercise of full jurisdiction and authority by this federal Court in retaining said lower state proceedings, at the very least with which to issue such appropriate declaratory and injunctive relief as to due process and equal civil rights,

that this Plaintiff shall be otherwise subjected to manifestly *egregious* denials and inabilities to enforce in said state courts 'one or more rights under the laws providing for the equal rights of citizens of the United States', and will also be likewise unlawfully forced to suffer manifestly *irreparable* harm and due process injuries therein, without any further *reasonable* remedy at law.

113. This Petition-Complaint and basic emergency set of Counts will soon be amended into fuller version and served. *See again*, Notice of Pending Amendment of Petition-Complaint.

**WHEREFORE**, undersigned Plaintiff, Steven Ray Grymes, now does pray for retaining the removal of the instant state court proceedings into, and under, the jurisdiction of this United States District Court, at a minimum for appropriate declaratory and injunctive relief, and/or to further decide any or all supplementary matters regarding the state law claims as are inextricably intertwined, for trial by jury right on all issues so triable, for appropriate awards of civil damages in Plaintiff's favor, to ORDER the Defendants to pay all costs, fees, and reasonable attorney expenses herein, and prays for all other relief that is true, just and proper within these premises.

Respectfully submitted,

_____
Steven Ray Grymes
1923 Rutherford Drive
Leander, TX  78641
Tel:   (512) 779-7886
Email:   steven.grymes@yahoo.com
*Petitioner-Plaintiff Party of Record*

43

## VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Duly executed at Leander, Texas, upon this _____3ʳᵈ_____ day of July, 2019.

_____
Steven Ray Grymes

## CERTIFICATE OF SERVICE

I hereby certify:  that on this __3ʳᵈ__ day of July, 2019, a true and complete copy of the above notice of and verified petition for removal and criminal complaint upon human trafficking, by depositing same via certified first class postage prepaid mail, RRR via USPS, or equivalent form of tracked carrier delivery, has been duly served upon each of the following:

*(Statutory Intervenor United States)*
c/o U.S. Attorney General William Barr
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

*(Statutory Intervenor United States)*
c/o U.S. Attorney John F. Bash
c/o Stephanie Rico, Civil Process Clerk
Office of the U.S. Attorney TXWD
601 NW Loop 410, Suite 600
San Antonio, TX  78216-5597

*(Cross-Defendant State of Texas)*
c/o Secretary of State Executive Office
P.O. Box 12887
Austin, TX  78711-2887

*(Cross-Deft. Texas /?/ Counter-Deft. Self)*
c/o Attorney General W. Kenneth Paxton
P.O. Box 12548
Austin, TX  78711-2548

*(Counter-Defendant W. Kenneth Paxton/OAG)*
c/o Candace McCue, SBN 24076547
OAG/Child Support Unit 0703E
508 Old Austin Hutto Road
Pflugerville, TX  78660

*(Cross-Defendant Candace McCue)*
Candace McCue, SBN 24076547
c/o OAG/Child Support Unit 0703E
508 Old Austin Hutto Road
Pflugerville, TX  78660

*(Cross-Defendant Tamera S. Arrington)*
Tamera S. Arrington, SBN 01358200
Williamson Co. Title IV-D Court No. 16
405 MLK Street, Box 12
Georgetown, TX  78626

*(Counter-Defendant Natausha Grymes)*
Natausha Danete Grymes
1625 Marsala Circle #21302
Leander, TX  78641

*(Cross-Defendant Dawn E. Baardsen)*
Dawn E. Baardsen, SBN 24045430
Williamson Co. Title IV-D Court No. 16
405 MLK Street, Box 12
Georgetown, TX  78626

*(Cross-Defendant Williamson County)*
c/o County Judge Bill Gravell, Jr.
Williamson County Historic Courthouse
710 S. Main Street, Suite 101
Georgetown, TX  78626

_____
Steven Ray Grymes